UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO MARTINELLI,<br><br>Defendant. | CASE NO. CR17-0318-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to continue the trial date (Dkt. No. 18). Finding good cause, the Court GRANTS the parties' stipulated motion. Pursuant to the parties' stipulation, the Court FINDS as follows:

1. That failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv);

2. That the case is complex due to the nature of the prosecution such that it is unreasonable to expect adequate preparation within the time limits specified within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii);

3. That failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible and result in a miscarriage of justice; and

4. That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

The Court therefore ORDERS that the motions deadline and trial date in this matter be continued. The deadline for filing pretrial motions is reset to June 1, 2018. The trial date is reset to July 9, 2018. The period of time from the current trial date to the new trial date is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

DATED this 19th day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE