THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO MARTINELLI,<br><br>Defendant. | CASE NO. CR17-0318-JCC<br><br>ORDER |

This matter comes before the Court on the United States' motion for entry of a final order of forfeiture (Dkt. No. 46). The Government seeks final forfeiture of the following property:

A SCCY Industries, CPX-1, 9mm caliber pistol, bearing Serial No. 088324, and any associated accessories and ammunition.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a final order of forfeiture is appropriate because:

- On October 5, 2018, the Court entered a preliminary order of forfeiture finding this property forfeitable pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) and forfeiting the Defendant's interest in it (Dkt. No. 30);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 43) and provided direct notice to a potential claimant as required by Federal Rule of

Criminal Procedure 32.2(b)(6)(A) (Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Ex. A); and,

- No third-party claims were filed, and the time for filing a claim has expired.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. This property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of this property as permitted by governing law.

DATED this 19th day of April 2019.

*/s/ John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE